# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

MAX E. STEWART,

    Plaintiff,

  v.

MILITARY STAR CREDIT, *et al.*,

    Defendants.

Case No. 2:15-cv-02307-APG-VCF

**ORDER DISMISSING CASE**

On May 3, 2016, the plaintiff was ordered to file proof of service showing defendant Military Star Credit was served before the service deadline of April 5, 2016. ECF No. 9. The plaintiff has not filed proof of service. Therefore, the plaintiff's claims against Military Star Credit are hereby dismissed without prejudice. Because there are no other defendants in this case, the clerk of the court is directed to enter judgment accordingly and close this file.

DATED this 28th day of June, 2016.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE